UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELINA SANCHEZ, et al.,

    Plaintiffs,

v.

ARRIBA JUNTOS,

    Defendant.

Case No. 16-cv-00750-JCS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

Plaintiff Angelina Sanchez brought this action on behalf of the United States and the City and County of San Francisco pursuant to the state and federal False Claims Acts. The Court recently granted Sanchez's attorneys' request to withdraw as counsel.

Because a qui tam plaintiff under the False Claims Act represents the interests of the government, and because an adverse result in such an action would be binding on the government, a plaintiff may not proceed on such a claim without counsel. *Stoner v. Santa Clara Cty. Office of Educ.*, 502 F.3d 1116, 1126−28 (9th Cir. 2007). Where a qui tam plaintiff lacks counsel, a court should allow the plaintiff a "reasonable time to find counsel," but must dismiss the action without prejudice to the government if the plaintiff fails to retain counsel. *Id.* at 1128.

Sanchez is therefore ORDERED TO SHOW CAUSE no later than May 5, 2017 why this action should not be dismissed for failure to appear through counsel. Sanchez must appear for a hearing on this order at 2:00 PM on May 5, 2017 in Courtroom G. This order to show cause will be expunged if new counsel for Sanchez enters an appearance before that date.

**IT IS SO ORDERED.**

Dated: February 27, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge